IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FREDERICK F. WHELAN, JR., MADELINE WHELAN, PERRY BAKER, PAUL COUREY, ALBERTINA DINIS, RAYNA FEDORCZYK, JUSTIN FRIAR, LORIANNE JESKA, MARIA MELO, MARYANN STRATTON, BRUCE SYPNIEWSKI, and CECILIA SYPNIEWSKI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEBSTER FINANCIAL CORPORATION and WEBSTER BANK, N.A.,<br><br>Defendants. | Case No. 3:23-cv-00567-SVN<br>Judge Sarala V. Nagala<br>Magistrate Judge Thomas O. Farrish<br><br><br><br><br><br>February 20, 2024 |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's order dated January 19, 2024 (Doc. #52), Plaintiffs and Defendants Webster Financial Corporation and Webster Bank, N.A. respectfully notify this Court that Plaintiffs and non-party to this action Actimize Inc. as successor in interest to Guardian Analytics, Inc., along with Defendants, have reached an individual settlement in principle and are finalizing the agreement for that settlement so Plaintiffs will not be filing supplemental briefing with respect to Defendants' Motion to Stay.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that the Court mark this case "settled but not yet withdrawn," and give Plaintiffs 45 days within which to file a withdrawal with prejudice.

FOR PLAINTIFFS

/s/ Ian W. Sloss
Ian W. Sloss (CT 31244)
isloss@sgtlaw.com
Johnathan Seredynski (CT 30412)
jseredynski@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491

James J. Pizzirusso
jpizzirusso@hausfeld.com
Amanda Boltax
mboltax@hausfeld.com
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200

Brian C. Gudmundson
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com

Raina C. Borrelli
raina@turkestrauss.com
Samuel J. Strauss
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775

INTERIM CO-LEAD COUNSEL FOR THE CLASS

DEFENDANTS
WEBSTER FINANCIAL CORPORATION and
WEBSTER BANK, N.A.

By: */s/ Lauren R. Greenspoon*
    Lauren R. Greenspoon, Esq. (ct04846)
    SHOOK, HARDY & BACON LLP
    185 Asylum Street
    City Place I, Suite 3701
    Hartford, CT 06103
    Tel.: (860) 515-8901
    Fax: (860) 515-8911
    LGreenspoon@shb.com

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2024, a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was sent via electronic mail to the following:

Kelly Fitzpatrick, Esq.
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Avenue
Bridgeport, CT 06640
Tel.: (203) 336-4421
Fax: (203) 368-3244
Email: kfitzpatrick@koskoff.com

*Attorney for the Plaintiffs and Proposed Class*

Raina Borrelli, Esq. (Pro Hac Vice)
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Tel.: (608) 237-1775
Fax: (608) 509-4423
Email: sam@turkestrauss.com
raina@turkestrauss.com

*Pro Hac Vice Attorneys for Plaintiffs and Proposed Class*

Brian C. Gudmundson
Zimmerman Reed, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-341-0400
Fax: 612-341-0844
Email: brian.gudmundson@zimmreed.com

*Pro Hac Vice Attorneys for Plaintiffs and Proposed Class*

Ian Wise Sloss
Silver Golub & Teitell LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
203-325-4491
Email: isloss@sgtlaw.com

*Attorney for the Plaintiffs and Proposed Class*

James J. Pizzirusso
Hausfeld LLP
888 16th Street
Ste 300
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeld.com

*Attorney for the Plaintiffs and Proposed Class*

   */s/ Lauren R. Greenspoon*
   Lauren R. Greenspoon